**Francisco V. VARGAS, Jr.,
Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 99–7189.

United States Court of Appeals,
Federal Circuit.

DECIDED: March 1, 2001.

ON MOTION

*ORDER*

Francisco V. Vargas, Jr. moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) The revised official caption is reflected above.